IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wise, Joe An | Case Number: 04 B 45891 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 12/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 11, 2008
Confirmed: March 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,082.15 | |
| Secured: | | 18,568.19 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 1,052.46 |
| Other Funds: | | 267.50 |
| Totals: | 22,082.15 | 22,082.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,194.00 | 2,194.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 22,216.35 | 18,568.19 |
| 4. | Peoples Energy Corp | Unsecured | 1,357.11 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 11,491.65 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 509.29 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 439.71 | 0.00 |
| 8. | General Motors Acceptance Corp | Unsecured | 980.62 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 543.57 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 5,140.00 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | MCI | Unsecured | | No Claim Filed |
| 13. | T Mobile USA | Unsecured | | No Claim Filed |
| 14. | SBC | Unsecured | | No Claim Filed |
| | | | $ 44,872.30 | $ 20,762.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 97.67 |
| 3% | 102.09 |
| 5.5% | 263.81 |
| 5% | 93.63 |
| 4.8% | 126.72 |
| 5.4% | 316.37 |
| 6.5% | 52.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wise, Joe An | Case Number:  04 B 45891 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/30/08 | Filed:  12/14/04 |

$$\overline{\phantom{XXXXXX}}$$
$ 1,052.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

        *[signature]*